3200 Hereford Ln
Apt B
Killeen Tx 76542
20 July 2020

US District Court
for the District of Massachusetts
1 Courthouse Way
Boston MA 02210

FILED
IN CLERKS OFFICE
2020 JUL 28 AM 11:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Clover J Robinson
Clover J Watkins

vs

The Kennedy's
Joseph P Kennedy Sr family

Illegal lease of bible time 1969 A-Z
   Hollywood California
Melissa touch Co / Clan Charter schools
Illegal use of bible time 2016 Waco Tx
   Pastor Josh Vaughn    11 Sept 2016
   Pastor John Guzman   11 Sept 2016
Illegal use of the name Clover Watkins
   to commit fraud. Vivian Watkins
Lewis District St. Ann Jamaica W.I.
daughters Clover J Watkins.
   Identity theft.

[left margin, vertical:] Atty Rachael Woods Robinson Associates / Atty Jeanne Creamer Associates / Atty Dylan St/IT Associates / Atty F. Lee Baily St/IT Assoc / Lawyers hired in Massachusetts to represent me.

Shelly Ann Phillipot
12 Washington Dr Windsor Heights
St. Ann's Bay St. Ann Jamaica W.I.
(Percival James Noel Patterson)
Shelly Spa, Vivian spa, Clothing Spa
Killeen Tx   Harker Heights Tx   Copperas Cove Tx

Illegal use of the Viagra formular 1993
Illegal use of FoxTV network idea.
Illegal use of Air Jordan/Andone idea.
Illegal use of Russia icecream formular
   pumpken icecream $300,000.00
Illegal use of idea for Russia football
team Cold weather gear, (Nylon,
battery in gloves, shoes, helmets)
Cold weather warm blankets
Illegal use of 69 poems, ABFlex Machine 1996
Illegal use of my scripts
The psychiatrist's parrot & the Maid.
The banker (Everton Grant) & his 2 wives
   one a psychiatrist.
Good vs Evil 14346c NYC – Jamaica W.I
devil from hell formerly King Charles VII France
Pappa the Ultimate Warrior.
Benjamin Netanyhu legal team group
Putnam legal team group
                    Anna Jandee Watkins

[left margin, vertical:] Illegal use of Best in Class Swift truck G (guyson/korean team translated from Calabash Truck G

[left margin:] Israel Zion truck G

Sweden, Scotland, Norway
Finland, Iceland, Greenland
Russia, Germany

Atty F. Lee Bailey Sr/Jr Associate
Atty Roy Black Sr/Jr Associate
Atty Austin Conroe Tx
Atty Jeanie Creamer & Associate Tampa FL

Judge Jerome Walker    Judge Cherry Thomas
Judge Thomas Barbour   Judge Skylrk
Judge Trudo (Texas)

Clean up the Court and the Country
Kennedy's (Elizabeth Warren) 1973/1937
Trailmix Costa Carib restaurant    Horses
Do not associate with me (keep yourself to yourself) John Lewis

Clover J Watkins 1959 Tucson Arizona
Clover J Robinson (1982-1998)
          vs
The Kennedy, Bush, Carter, Clintons
    1996 bibletime at scripts
Viagra formular 1993
bibletime USA 2016 Waco Tx Pastor Guzman, Vaughan

U.S. DISTRICT COURT DISTRICT OF MASS. FILED IN CLERKS OFFICE 2020 JUL 28 AM 11:40

Naples FL
Olives coconut water, Mushroom, blackberries
Krilos
Megared
Flaxseed Omega 3
Pastor Vaughan

U.S. POSTAGE PAID
FCM LETTER
KILLEEN, TX
76542
JUL 20, 20
AMOUNT
$0.55
R2305M145888-04

02210

1000

AUSTIN
TX 787
20 JUL '20
PM 3 L

US District Court
for the District of Massachusetts
Judges, lawyers, clerks, paralegals
1 Courthouse Way
Boston MA 02210
U.S.A

Ms Clover "Boynes" Watkins
3200 Hereford Ln Apt B
Killeen, Texas 76542
U.S.



heartline

A Hallmark COMPANY

Hallmark Cares
Visit Hallmark.com/ourplanet

THIS CARD IS MADE WITH PAPER FROM
WELL-MANAGED FORESTS.

© HALLMARK LICENSING, LLC
HALLMARK MARKETING COMPANY, LLC
KANSAS CITY, MO 64141
MADE IN U.S.A.

Hallmark.com

2.39
LNL 1031



0   09200 65332   0